IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYLVESTER JUAQUEE,<br><br>v.<br><br>PIKE COUNTY CORRECTIONAL<br>FACILITY EMPLOYEES, et al., | CIVIL ACTION<br><br>NO. 12-832 |

MEMORANDUM

McLaughlin, J.                                                May 21, 2012

    This is a *pro se* civil rights suit, brought pursuant to 42 U.S.C. § 1983, concerning the plaintiff's treatment while in custody at the Pike County Correctional Facility. The Pike County Correctional Facility is located in Pike County, Pennsylvania. Pike County is within the Middle District of Pennsylvania. 28 U.S.C. § 118(b). On April 10, 2012, the defendants moved to transfer venue to the U.S. District Court for the Middle District of Pennsylvania.

    The Middle District of Pennsylvania is a superior venue for this action. All of the conduct alleged in the complaint occurred at the Pike County Correctional Facility in the Middle District. According to the complaint, the plaintiff is presently incarcerated at the Facility in the Middle District. The individual defendants are employed at

the Facility. And any witnesses to the conduct are likely to be employees or inmates at the Facility. *See generally Jumara v. State Farm Ins. Co.*, 55 F.3d 873, 879 (3d Cir. 1995) (discussing factors relevant to transfer of venue).

Accordingly, it is in the interest of justice to transfer venue to the Middle District. 28 U.S.C. § 1404(a). An appropriate order follows.