

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SYLVESTER JUAQUEE,

v.

PIKE COUNTY CORRECTIONAL
FACILITY EMPLOYEES, et al.,

CIVIL ACTION

No. 12-832

FILED
MAY 21 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 21st day of May, 2012, upon consideration of the Defendants' Motion to Transfer Venue to the Middle District (Docket No. 10), and the brief in support thereof, IT IS HEREBY ORDERED, for the reasons stated in the accompanying memorandum of law, that the Defendants' Motion to Transfer Venue to the Middle District is GRANTED.  IT IS FURTHER ORDERED that this case is TRANSFERRED to the U.S. District Court for the Middle District of Pennsylvania.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.